## LAWSON v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co
No. 10333. Decided November 25, 1929

**VICKERY, PJ.**

There is evidence enough in the record to warrant a suspicion that Jessie Lawson was occupying a room for immoral purposes, but there is no substantial evidence that she committed any immoral acts in said room or was intending to, with the man who was in the house at the time.

There being an entire dearth of evidence in this matter that would warrant a conviction, the judgment of conviction is reversed and the plaintiff in error is discharged.

Sullivan and Levine, JJ., concur.

## GERBICH v KINDERMAN

Ohio Appeals, 8th Dist, Cuyahoga Co
No. 1818. Decided November 19, 1928

Paul Howland and Edward Davis, Cleveland, for Gerbich.

Robt. R. Pierce, Cleveland, for Kinderman.

Opinion by SULLIVAN, P. J.
VICKERY & LEVINE, JJ., concur.